UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RICHARDSON,

                           Petitioner,

              -v-                                           22-CV-6606-LTS-JLC

MARK MILLER, Superintendent, Green Haven
Correctional Facility,

                           Respondent.

<u>Scheduling Order</u>

      The Court has received <u>pro</u> <u>se</u> petitioner James Richardson's declaration in support of his request for a 60-day extension, <u>see</u> docket entry no. 19, to file objections to Magistrate Judge James L. Cott's February 23, 2024, Report and Recommendation, <u>see</u> docket entry no. 18, which recommends that the Court deny Mr. Richardson's habeas petition.

      The Court grants petitioner's request, and directs Mr. Richardson to file any objections, pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72, no later than **May 21, 2024**.  The Clerk of Court is respectfully directed to mail a copy of this order to petitioner at the listed address on the docket.

      SO ORDERED.

Dated: New York, New York
March 20, 2024

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge